## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD L. MARTIN AND TWILA J. MARTIN, HUSBAND AND WIFE, AND MARLIN L. MARTIN AND MARLENE B. MARTIN, HUSBAND AND WIFE

v.

HEIDELBERG TOWNSHIP ZONING HEARING BOARD

v.

HEIDELBERG TOWNSHIP

PETITION OF: RICHARD L. MARTIN AND TWILA J. MARTIN, HUSBAND AND WIFE, AND MARLIN L. MARTIN AND MARLENE B. MARTIN, HUSBAND AND WIFE

: No. 408 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.